**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| RONALD AND CONLEY KUIPER, <br><br>   Plaintiff, <br><br> vs. <br><br> INTERNATIONAL FLAVORS & FRAGRANCES, INC., GIVAUDAN, INC., FLAVORS OF NORTH AMERICA, INC., and SENSIENT FLAVORS, INC., <br><br>   Defendants. | No. C06-4009-MWB <br><br> **ORDER REGARDING JOINT MOTION TO DISMISS DEFENDANT INTERNATIONAL FLAVORS & FRAGRANCES, INC. WITH PREJUDICE** |

_____

This matter comes before the court on the parties' Joint Motion To Dismiss Defendant International Flavors & Fragrances, Inc. With Prejudice (#170). The parties indicate in their motion that they have resolved this matter, entered into a joint stipulation of voluntary dismissal with prejudice, and therefore request that the court dismiss defendant International Flavors & Fragrances, Inc. from this case with prejudice. The parties' Joint Motion To Dismiss Defendant International Flavors & Fragrances, Inc. is **granted** and defendant International Flavors & Fragrances, Inc. is dismissed from this case with prejudice. The court will retain and have continuing jurisdiction over defendant International Flavors & Fragrances, Inc. in this matter for the limited purpose of enforcing the provisions of the Release and Settlement Agreement entered into by the parties.

**IT IS SO ORDERED.**

**DATED** this 4th day of October, 2007.

                                                MARK W. BENNETT
                                                U. S. DISTRICT COURT JUDGE
                                                NORTHERN DISTRICT OF IOWA