IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

---

RONALD and CONLEY KUIPER,

    Plaintiffs,

  v.

GIVAUDAN FLAVORS CORP.,
FLAVORS OF NORTH AMERICA, INC.,
and SENSIENT FLAVORS INC.,

    Defendants.

Case No. C06-4009-MWB

**STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a) WITH PREJUDICE, ON THE MERITS AND WITHOUT COSTS TO EITHER PARTY**

---

    Plaintiffs, Ronald and Conley Kuiper, and Defendant, Sensient Flavors Inc., by their undersigned counsel, hereby stipulate and agree pursuant to Fed.R.Civ.P. 41(a) that the above captioned matter has been settled for a confidential amount with Sensient making no admission of liability, and further stipulates and agree as follows:

    1.    That all claims and causes of action that have been alleged or could have been alleged by Plaintiffs in their Complaint are dismissed, on their merits, in their entirety and with prejudice;

    2.    There being no remaining claims or causes of action by either Party, this case shall be dismissed, on its merits, in its entirety and with prejudice; and

    3.    Each Party shall bear the burden of its own costs and attorneys' fees.

Dated this 2nd day of November, 2007.

**HUMPREY FARRINGTON & McCLAIN**


By: **S/Steven E. Crick**
Steven E. Crick
221 West Lexington, Suite 400
P.O. Box 900
Independence, Missouri 64051

Attorneys for Plaintiffs, Ronald and Conley Kuiper



**MICHAEL BEST & FRIEDRICH LLP**


By: **S/Paul E. Benson**
Paul E. Benson
100 East Wisconsin Avenue
Suite 3300
Milwaukee, Wisconsin 53202

Attorneys for Defendant, Sensient Flavors Inc.



X:\CLIENTB\085535\0005\A2322817.1