IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| RONALD KUIPER & CONLEY KUIPER, ) ) ) Plaintiffs, ) ) vs. ) ) ) ) GIVAUDAN FLAVORS CORP, ) ) ) Defendant. ) ) | C06-4009 MWB<br><br>JUDGMENT IN A CIVIL CASE |

JURY VERDICT AND DECISION OF THE COURT - This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

THAT plaintiff Ronald Kuiper receive Compensatory Damages in the amount of six-million, fifty thousand dollars and no cents ($6,050,000.00) from the Defendant, Givaudan Flavors Corp.,

AND THAT plaintiff Conley Kuiper receive one-million five-hundred thousand dollars and no cents ($1,500,000.00) in damages for loss of spousal consortium from the Defendant, Givaudan Flavors Corp.

DATED: 3/12/09

APPROVED BY:

_____
MARK W BENNETT
UNITED STATES DISTRICT COURT JUDGE

Robert L Phelps
Clerk

S/src
(By) Deputy Clerk